**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| Keante Marshall,<br>Plaintiff,<br>v.<br>Nevada Behavioral Health Systems; et al.,<br>Defendant. | Case No. 2:26-cv-01026-JAD-DJA<br><br>**Order** |

Before the Court is Plaintiff's motion to extend the November 9, 2026, deadline for him to send his USM-285 forms to the United States Marshals Service ("USMS"). (ECF No. 11). Plaintiff explains that he was in the process of moving, which caused him to submit his USM-285 forms three days late. So, Plaintiff asks the Court to grant him an extension nunc pro tunc.

Although not explicit, the Court infers that Plaintiff has already submitted his USM-285 forms to the USMS. With that inference, the Court finds good cause under Federal Rule of Civil Procedure 6(b) and will grant Plaintiff's motion and extend the deadline for him to submit his USM-285 forms to the USMS from November 9, 2026, to November 13, 2026. The Court will further direct the USMS to deem Plaintiff's USM-285 forms to be timely.

**IT IS THEREFORE ORDERED** that Plaintiff's motion to extend time (ECF No. 11) is **granted.**

**IT IS FURTHER ORDERED** that the Court extends the deadline for Plaintiff to submit his USM-285 forms to the USMS to **November 13, 2026**.

**IT IS FURTHER ORDERED** that the USMS shall deem Plaintiff's late submitted USM-285 forms to be timely.

///

///

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to send both Plaintiff and the USMS a copy of this order.

DATED: November 16, 2026,

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE